UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Felix Castro, on behalf of himself and all others similarly situated,

                Plaintiff(s),

v.

Newport News Nutrition Corner, LLC,

                Defendant.

Case No. 1:23-cv-06291-PAE-SLC

Plaintiff's request at ECF No. 8 is GRANTED. By **December 4, 2023**, the parties shall file a proposed consent decree for approval by the Honorable Paul A. Engelmayer. The Court deems the order to show cause at ECF No. 6 to be satisfied.

SO ORDERED.    11/2/2023

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiffs hereby provides notice to the Court that a settlement in principle has been reached between Plaintiffs and Defendant and a settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed and certain conditions have been fulfilled, the parties will file a proposed consent decree for approval by the Court. Accordingly, it is respectfully requested that the matter be stayed for thirty (30) days to allow the parties to finalize settlement details.

Dated: November 2, 2023

                **The Law Office of Noor A. Saab, Esq.**

                <u>By:/s/ *Noor A. Saab*</u>
                Noor A. Saab, Esq.
                *Attorneys for Plaintiff*
                380 N. Broadway, Penthouse West
                Jericho, New York 11753
                Tel: 718-740-5060
                Email: NoorASaabLaw@Gmail.com

131490228.1